```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-03816-JJT
Antonio L. Thompson                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: REshelman          Page 1 of 1           Date Rcvd: Aug 31, 2016
                                Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2016.
db            +Antonio L. Thompson,    1257 Lace Drive,    East Stroudsburg, PA 18302-9064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Antonio L. Thompson tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Antonio L. Thompson aka Antonio Thompson<br>Debtor | Chapter 13 |
| MTGLQ Investors, LP<br>v.<br>Antonio L. Thompson aka Antonio Thompson<br>and<br>Charles J. DeHart, III Esq.<br>Trustee | NO. 15-03816 JJT |

## ORDER

Upon Consideration of the Certification of Default filed by Movant in accordance with the Stipulation of the parties docketed on February 23, 2016 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. 11 U.S.C. Section 362, is modified to allow MTGLQ Investors, LP and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1257 Lace Drive Middle Smithfield, Pa 18301.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: August 31, 2016

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)