```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03816-JJT
Antonio L. Thompson                                             Chapter 13
          Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: REshelman        Page 1 of 1          Date Rcvd: May 08, 2017
                              Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
db             #+Antonio L. Thompson,    1257 Lace Drive,    East Stroudsburg, PA 18302-9064
                +New York City Housing Authority,    90 Church Street,    New York, NY 10007-2903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   MTGLQ Investors, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Antonio L. Thompson tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

```
           IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```
*************************************************************************

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| ANTONIO L. THOMPSON : | |
| a/k/a Antonio Thompson : | |
| : | CASE NO. 5-15-03816 |
| Debtor(s) : | |

*************************************************************************

| | |
|---|---|
| ANTONIO L. THOMPSON : | |
|     MOVANT : | |
|     VS. : | |
| NYC HOUSING AUTHORITY and : | |
| CHARLES J. DEHART, III, ESQ. : | |
|     RESPONDENTS : | |

*************************************************************************

## ORDER
*************************************************************************

Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court, the entity from who the Debtor, ANTONIO THOMPSON, receives income:

    NEW YORK CITY HOUSING AUTHORITY
    90 CHURCH STREET
    NEW YORK, NY 10007

deduct from said Debtor's income the sum of 189.00 from each bi weekly paycheck on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

    Charles J. DeHart, III, Esquire
    Chapter 13 Trustee
    P.O. Box 7005
    Lancaster, PA 17604

IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the

Debtor in accordance with the usual payment procedure.

    IT IS FURTHER ORDERED that the employer will place the case number 5:15-03816 on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

    IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the subject entity in this case.

    IT IS FURTHER ORDERED that this Order will terminate without further Order, three (3) years and five (5) months from the Date of this Order, if it is not terminated by an earlier Order from this Court.

Dated: May 8, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)