```
                      United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                                    Case No. 15-03816-JJT
Antonio L. Thompson                                                       Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: REshelman           Page 1 of 1              Date Rcvd: Jun 02, 2017
                             Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
db             #+Antonio L. Thompson,    1257 Lace Drive,    East Stroudsburg, PA 18302-9064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   MTGLQ Investors, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor Antonio L. Thompson tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

```
            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************
IN RE:                          :     CHAPTER 13
ANTONIO L. THOMPSON             :
a/k/a Antonio Thompson          :
                                :     CASE NO. 5-15-03816
        Debtor(s)               :
*************************************************************************
            ORDER APPROVING SECOND AMENDED PLAN
*************************************************************************
```

**IT IS ORDERED** that the Motion to Amend/Modify the Plan Post Confirmation filed on May 5, 2017, is hereby GRANTED.

**IT IS FURTHER ORDERED** that the proposed amendments in the Second Amended Plan filed on May 5, 2017, are hereby APPROVED.

Dated: June 1, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)