## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ANTONIO L. THOMPSON
          AKA: ANTONIO THOMPSON           CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
            Movant
                                CASE NO:  5-15-03816-JJT

          ANTONIO L. THOMPSON
          AKA: ANTONIO THOMPSON

          Respondent(s)

### CERTIFICATION OF DEFAULT

     AND NOW on August 25, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

     As of August 25, 2017, the Debtor(s) is/are $1134.00 in arrears with a plan payment having last been made on Jan 03, 2017.

     In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

                                Respectfully Submitted,
                                /s/  Liz Joyce
                                for Charles J. DeHart, III, Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA  17036
                                Phone:  (717) 566-6097

Dated: August 25, 2017

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ANTONIO L. THOMPSON
AKA: ANTONIO
THOMPSON

       Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
       Movant

**CHAPTER 13**

ANTONIO L. THOMPSON
AKA: ANTONIO THOMPSON

**CASE NO: 5-15-03816-JJT**

       Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on August 25, 2017.

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA  18504-

ANTONIO L. THOMPSON
6 PRESCOTT RD
WHITE HAVEN, PA  18661-2846

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  August 25, 2017