In re:                                                                        Case No. 15-03816-JJT
Antonio L. Thompson                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: LyndseyPr      Page 1 of 1      Date Rcvd: Aug 28, 2017
                          Form ID: pdf010     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2017.
```
db              #+Antonio L. Thompson,    1257 Lace Drive,    East Stroudsburg, PA 18302-9064
4692305         #+Condor Capital Corp.,    165 Oser Ave.,    P.O. Box 18027,    Hauppauge, New York 11788-8827
4724756          +MTGLQ Investors, LP,    Rushmore Loan Management Services,    P.O. Box 55004,
                   Irvine, CA 92619-5004
4692307          +NY State Dept. of Taxation and Finance,    Bankruptcy Section,    P.O. Box 5300,
                   Albany, New York 12205-0300
4692308           Rushmore Loan Management Services,    Customer Service Department,    P.O. Box 55004,
                   Irvine, California 92619-5004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4692306          E-mail/Text: cio.bncmail@irs.gov Aug 28 2017 19:03:26      Internal Revenue Service,
                   Special Procedures Branch,    P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor Antonio L. Thompson tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**ANTONIO L. THOMPSON**
**AKA: ANTONIO THOMPSON**

Debtor(s)

**CHARLES J. DEHART, III**
**CHAPTER 13 TRUSTEE**
Movant(s)

vs.

**ANTONIO L. THOMPSON**
**AKA: ANTONIO THOMPSON**
Respondent(s)

Chapter: 13

Case Number: 5-15-03816-JJT

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Date: August 28, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Dismiss Case.WPT - REV 01/15